# FORM A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or**

Rev. 10/10      **UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

*FILED
JAMES J. VILT, JR. - CLERK
MAY 18 2023
U.S. DISTRICT COURT
WESTERN DIST. KENTUCKY*

MATTHEW ANDREW NICKERSON

_____

_____

(Full name of the Plaintiff(s) in this action)

v.

LOGAN COUNTY DETENTION

CENTER

_____

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1:23-CV-69-JHM
(To be supplied by the clerk)

(__) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

## I.    PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: MATTHEW ANDREW NICKERSON

Place of Confinement: LOGAN COUNTY DETENTION CENTER

Address: 304 WEST 3RD STR. LOGAN COUNTY RUSSELLVILLE KY 42276

Status of Plaintiff: CONVICTED (X)    PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED  (___)   PRETRIAL DETAINEE (___)

(3)  Name of Plaintiff:_____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED  (___)   PRETRIAL DETAINEE (___)

**(B) Defendant(s).**  Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued.  Repeat this procedure for each additional Defendant named, if any.

(1)  Defendant LOGAN COUNTY DETENTION CENTER _____ is employed

as JAILER _____ at LOGAN COUNTY DETENTION CENTER .

The Defendant is being sued in his/her (___) individual and/or (X) official capacity.

(2)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.     PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO ⊠

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):      _____

_____

Defendant(s):   _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III.    STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.   However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

MY CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED IN THE MATTER OF NOT FIXING A BROKEN SHOWER STAGE AND WATER BOTH COLD AND HOT WATER IN CELL 143 HERE AT THE LOGAN COUNTY DETENTION CENTER SINCE JANUARY 8TH, 2023 AND TODAY TO DATE MAY 10, 2023 THE SHOWER HAS NOT BEEN REPAIRED IN ANY WAY SHAPE OR FORM. SINCE JANUARY 8TH, 2023 THE SHOWER HAS BEEN NON-FUNCTIONING ON BOTH HOT AND COLD SIDE OF THE WATER AND HAS NO PRESSURE TO IT AT ALL. INMATES HAVE FILED GRIEVANCES AGAINST THE JAIL SINCE JANUARY 8TH AND THIS PROBLEM IS STILL AN ONGOING PROBLEM THAT MUST BE RESOLVED IMMEDIATELY. WE (INMATES WERE MOVED TO CELL 160 FOR LESS THEN A WEEK THEN WE WERE MOVED BACK FROM CELL 160 THAT HAS AN OPERATIONAL SHOWER AND MOVED BACK TO CELL 143 THAT STILL HAS AN NON-OPERATIONAL SHOWER

4

### III. STATEMENT OF CLAIM(S) continued

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IV.  RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

_X_ award money damages in the amount of $1,000,000 _____

_____ grant injunctive relief by_____

_X_ award punitive damages in the amount of $1,000,000 _____

_____ other: _____

## V.  DECLARATION UNDER PENALTY OF PERJURY
### (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 10 day of MAY _____, 2023.

_matthew andrew nickerson_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

MATTHEW A. NICKERSON
INMATE# 324105
30 W. 3RD STREET
RUSSELLVILLE, KY 42276

1:23-cv-69-JHM

**INMATE MAIL
UNCENSORED**

UNITED STATES DISTRICT COURT
501 Broadway St. 127
Paducah, KY 42001

FILED
JAMES J. VILT, JR. - CLERK

MAY 18 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY